IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

PAULA ANN KNOELLINGER,
    Plaintiff,

Civil No. 15-10677

v.

CAROLYN W. COLVIN,         DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. Upon remand, the Appeals Council will direct the Administrative Law Judge to: 1) re-evaluate the vocational evidence in accordance with SSA regulations and policies; and 2) offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

                                      Respectfully submitted,

                                      BARBARA L. McQUADE
                                      United States Attorney

| /s/ Bethany G. Versical[1] | /s/ Luis Pere |
|---|---|
| Bethany G. Versical | Luis Pere |
| Kwitoski & Associates, PLLC | Special Assistant United States Attorney |
| 650 Livernois | J.F.K. Federal Building – Rm. 625 |
| Ferndale, MI 48220 | Boston, MA 02203 |
| (248) 336-9333 | (877) 405-4870, ext. 13902 |
| beth.versical@gmail.com | luis.pere@ssa.gov[2] |

---

[1] Signed with consent obtained via phone by Assistant Regional Counsel Luis Pere, received on August 27, 2015.

[2] Of Counsel: Elizabeth J. Larin, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226.

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, the foregoing document was electronically filed, by an employee of the United States Attorney's Office, with the Clerk of the Court using the ECF system, which will send notification to the following:

Bethany G. Versical, ATTORNEY FOR PLAINTIFF

and I further certify that an employee of the United States Attorney's Office mailed, by United States Postal Service, the document to the following non-ECF participants:

N/A

/s/ Luis Pere
Luis Pere
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building – Rm. 625
Boston, MA 02203
(877) 405-4870, ext. 13902
luis.pere@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

PAULA ANN KNOELLINGER,
    Plaintiff,

                                                       Civil No. 15-10677

v.

CAROLYN W. COLVIN,            DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge to: 1) re-evaluate the vocational evidence in accordance with SSA regulations and policies; and 2) offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

                                                      _s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      United States District Judge

Date: August 31, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

PAULA ANN KNOELLINGER,
    Plaintiff,

Civil No. 15-10677

v.

CAROLYN W. COLVIN,         DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                         s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        United States District Judge

Dated: August  31, 2015