IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

PAULA ANN KNOELLINGER,
    Plaintiff,

Civil No. 15-10677

v.

CAROLYN W. COLVIN,          DISTRICT JUDGE CLELAND
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER

This matter is before the Court on the parties' Joint Stipulation for An Award of Attorney Fees Under the Equal Access to Justice Act, it is hereby ORDERED that attorney's fees should be allowed in this case under the Equal Access to Justice Act in the amount of $2,718.75. This award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412 and costs under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1). If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and his attorney.

Dated: 9 Oct 15

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE